

# COUNTY OF CHEMUNG
## LAW DEPARTMENT

167 Lake Street
Elmira, NY 14902
Phone: (607) 737-2982
Fax: (607) 737-0351
(service of process not accepted via FAX)

www.chemungcountyny.gov

M. Hyder Hussain
COUNTY ATTORNEY

James DeFilippo
Kathryn Hansen
Mark Smith
Damian Sonsire
Jeffrey Walker
ASSISTANT COUNTY ATTORNEYS

J. Michael Mucci
INVESTIGATOR

July 14, 2023

Hon. Catherine O'Hagen Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

     Re:    <u>Emilee Carpenter, LLC v. James et al.</u>
              Case # 22-75

Dear Hon. Catherine O'Hagen Wolfe:

On behalf of the County defendant-appellees, the following is submitted as pursuant to the Order dated October 2, 2022, in this matter.

The County defendant-appellees has reviewed the letter submitted earlier today by the State defendant-appellees and agrees with and adopts their position. To the extent the Court finds plaintiff's allegations credible such as to survive a motion to dismiss, the undersigned would agree that discovery would be warranted to explore the merits of said allegations.

Sincerely,

M. Hyder Hussain, Esq.
Chemung County Attorney

cc: via CM/ECF
All Counsel's