July 21, 2023

Catherine O'Hagan Wolfe
Clerk of the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Re: *Emilee Carpenter, LLC v. James*, No. 22-75 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

I am writing to inform you of my withdrawal of appearance for *amici curiae* the Lawyers' Committee for Civil Rights Under Law, Center for Constitutional Rights, National Action Network, Mississippi Center for Justice, Public Counsel, and LatinoJustice PRLDEF. All *amici* will continue to be represented by all other additional counsel of record.

Sincerely,
/s/ Benjamin F. Aiken
Benjamin F. Aiken